UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOEY TENNYSON,<br><br>        Plaintiff,<br><br>v.<br><br>PRESTIGE AUTO SOURCE, LLC,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:13-cv-3804-JEC |

## J U D G M E N T

This action having come before the court, Honorable Julie E. Carnes, United States District Judge, for consideration of the parties' Joint Motion for Order Approving Settlement, and the Court having granted said motion, it is

**Ordered and Adjudged** that this action is **dismissed with prejudice** and without costs or attorneys' fees to either party.

Dated at Atlanta, Georgia, this 10th day of February, 2014.

                                            JAMES N. HATTEN
                                            CLERK OF COURT

                          By:    *s/*Denise D.M. McGoldrick
                                        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  February 10, 2014
James N. Hatten
Clerk of Court

By: *s/*Denise D.M. McGoldrick
      Deputy Clerk